IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK ROBERT CHESTER,** *et al.*, | : : | |
| Plaintiffs | : : | No. 1:08-CV-1261 |
| v. | : : | (Chief Judge Kane) |
| **JEFFREY A. BEARD,** *et al.*, | : | (Electronically Filed) |
| Defendants | : | |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants, **JEFFREY A. BEARD, Ph.D.**, and **FRANKLIN J. TENNIS**, by their attorneys, hereby respectfully move the Court to dismiss the complaint:

1. Pursuant to Fed.R.Civ.P. 12(b)(1), because the court lacks jurisdiction over the subject matter; and

2. Pursuant to Fed.R.Civ.P. 12(b)(6), because the complaint fails to state a claim for which relief may be granted.

As will be set forth in more detail in the brief in support of this motion, the Court should dismiss this matter because there is no live case or controversy. Alternatively, the Court should dismiss the complaint because it does not present any actionable claim.

WHEREFORE, the Court should dismiss the complaint.

>Respectfully submitted,
>
>THOMAS W. CORBETT, JR.
>Attorney General
>
>RICHARD A. SHEETZ, JR.
>Executive Deputy Attorney General
>Director, Criminal Law Division
>
>By: *(signature)*
>AMY ZAPP
>Chief Deputy Attorney General
>Appeals and Legal Services Section
>Attorney I.D. No. 28065
>
>Counsel for DEFENDANTS

OFFICE OF ATTORNEY GENERAL
Criminal Law Division
16th Floor, Strawberry Square
Harrisburg, PA  17120
Phone:  (717) 705-4487
Fax:  (717) 783-5431
E-mail:  azapp@attorneygeneral.gov

DATE:  October 3, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK ROBERT CHESTER, *et al.*, | : : | |
| Plaintiffs | : : | No. 1:08-CV-1261 |
| v. | : : | (Chief Judge Kane) |
| JEFFREY A. BEARD, *et al.*, | : | (Electronically Filed) |
| Defendants | : | |

### CERTIFICATE OF NON-CONCURRENCE

I, AMY ZAPP, counsel for defendants, hereby certify that I have contacted counsel for plaintiffs and have been advised that plaintiffs do not concur in the foregoing motion.

*/s/ Amy Zapp*
AMY ZAPP
Chief Deputy Attorney General
Appeals & Legal Services Section
Attorney I.D. No. 28065
Counsel for DEFENDANTS

OFFICE OF ATTORNEY GENERAL
Criminal Law Division
16th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 705-4487
Fax: (717) 783-5431
E-mail: azapp@attorneygeneral.gov

DATE: October 3, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK ROBERT CHESTER, *et al.*, | : : | |
| Plaintiffs | : : | No. 1:08-CV-1261 |
| v. | : : | (Chief Judge Kane) |
| JEFFREY A. BEARD, *et al.*, | : : | (Electronically Filed) |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Amy Zapp, Chief Deputy Attorney General, certify that a true and correct copy of <u>Defendants' Motion To Dismiss The Complaint</u> has been served via first class mail as follows:

David Rudovsky
Kairys, Rudovsky, Messing & Feinberg
718 Arch Street
Suite 501 South
Philadelphia, PA 19106

Elizabeth Hoop Fay
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Maxine M. Woelfling
Morgan, Lewis & Bockius
17 North Second Street
Suite 1420
Harrisburg, PA 17101-1601

Joseph B.G. Fay
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Kenneth M. Kulak
Morgan, Lewis & Bockius
1701 Market St.
Philadelphia, PA 19103-2921

By: /s/ Amy Zapp
AMY ZAPP
Chief Deputy Attorney General
Appeals and Legal Services Section
Attorney I.D. No. 28065