# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK ROBERT CHESTER, ZACHARY WILSON, AND DONALD HARDCASTLE, : : : Plaintiffs : : v. : : JEFFREY A. BEARD, DAVID DIGUGLIELMO, AND FRANKLIN J. TENNIS, : : : Defendants | CIVIL ACTION<br><br>NO. 1:08-CV-1261<br><br>(Judge Yvette Kane)<br><br><br><br>ELECTRONICALLY FILED |

## JOINT MOTION FOR A TWO WEEK EXTENSION OF THE CLOSE OF FACT DISCOVERY AND THE EXCHANGE OF EXPERT REPORTS

Pursuant to Fed. R. Civ. P. 6(b) and Local Rules 7.1 and 7.5, Plaintiffs Frank Robert Chester et al. and Defendants Jeffrey A. Beard et al. jointly request the Court to extend for a period of two weeks the deadlines for concluding fact discovery and for the exchange of expert reports set forth in the Case Management Order entered October 23, 2009.

1. The Case Management Order entered October 23, 2009 specifies that Fact Discovery is to be completed by June 18, 2010, and that the reports of

DB1/65006938.1

Plaintiffs' experts are to be provided by July 9, 2010, reports of Defendants' experts by July 30, 2010 and any response to expert reports by August 13, 2010.

2. The parties and counsel have diligently pursued discovery; however, notwithstanding the best efforts of counsel, there remain three depositions that could not be scheduled until the week of June 21st, the week following the scheduled conclusion of fact discovery.

3. The three depositions can be concluded on June 21 and June 24.

4. The Parties jointly request that the deadline for the close of fact discovery be extended two weeks until July 2, 2010 to permit those depositions to proceed and to allow a week for any followup to the depositions.

5. To allow the parties' expert witnesses adequate time to consider the deposition testimony, the parties jointly request that the deadlines for provision of reports of Plaintiffs' experts, Defendants' experts, and any replies to those reports likewise be extended for two weeks to July 23, 2010, August 13, 2010, and August 27, 2010, respectively.

6. No other deadlines in the Case Management Order are affected by this request.

7. Counsel for Defendants Jeffrey A. Beard, et al. has authorized counsel for Plaintiffs Frank Robert Chester, et al. to sign this motion on her behalf.

WHEREFORE, the parties jointly request that the Court grant this Motion and issue an order extending by two weeks the deadlines for the close of fact discovery, the provision of Plaintiffs' expert reports, the provision of Defendants' expert reports, and the submission of any responses to those expert reports.

Respectfully submitted,

/s/ Maxine M. Woelfling
Maxine M. Woelfling
Morgan, Lewis & Bockius LLP
17 North Second Street, Suite 1420
Harrisburg, PA  17101
Telephone:  717.237.5065
Facsimile:  717.237.5001
Email:  mwoelfling@morganlewis.com
PA ID No. Attorney No. 20101


Elizabeth Hoop Fay (PA ID No. 32955)
Joseph B. G. Fay (PA ID No. 33480)
Clare D'Agostino (PA ID No. 68262)
Kenneth M. Kulak (PA ID No. 75509)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  215.963.5000
Facsimile:  215.963.5001


David Rudovsky
Kairys Rudovsky Messing & Feinberg, LLP
The Cast Iron Building, Suite 501 South
718 Arch Street
Philadelphia, PA  19106
Telephone:  215.925.4400
drudovsky@krlawphila.com
PA ID No. 15168

        /s/ Amy Zapp
        Amy Zapp
        Chief Deputy Attorney General
        Office of Attorney General of Pennsylvania
        Special Litigation Section
        16th Floor, Strawberry Square
        Harrisburg, PA  17120
        Telephone:  717.787-6348
        Facsimile:  717.783.5431
        azapp@attorneygeneral.gov
        PA ID No. 28065

Dated:  June 15, 2010

# CERTIFICATE OF SERVICE

I, Maxine M. Woelfling, hereby certify that on this 15th day of June 2010, I electronically filed the foregoing Joint Motion for a Two Week Extension of the Close of Fact Discovery and the Exchange of Expert Reports with the Court's ECF System and that I also served a copy of it via first class mail, postage prepaid, upon the following:

> Amy Zapp
> Chief Deputy Attorney General
> Office of Attorney General of Pennsylvania
> Special Litigation Section
> 16th Floor, Strawberry Square
> Harrisburg, PA  17120
>
> David Rudovsky
> Kairys Rudovsky Messing & Feinberg
> The Cast Iron Building, Suite 501 South
> 718 Arch Street
> Philadelphia, PA  19106
>
> Elizabeth H. Fay
> Joseph B. G. Fay
> Clare D'Agostino
> Kenneth M. Kulak
> Morgan Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA  19103

/s/ Maxine M. Woelfling
Maxine M. Woelfling

DB1/65006938.1