IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK ROBERT CHESTER, ZACHARY WILSON, AND DONALD HARDCASTLE,<br><br>Plaintiffs<br><br>v.<br><br>JEFFREY A. BEARD, DAVID DIGUGLIELMO, AND FRANKLIN J. TENNIS,<br><br>Defendants | : <br>: <br>: CIVIL ACTION<br>: <br>: NO. 1:08-CV-1261<br>: <br>: (Judge Yvette Kane)<br>: <br>: <br>: <br>: ELECTRONICALLY FILED |

## ORDER

AND NOW, this 16th day of June 2010, upon consideration of the Joint Motion for A Two Week Extension of the Close of Fact Discovery and the Exchange of Expert Reports, it is ordered that the Motion is granted and:

1. The Case Management Order entered October 23, 2009 is amended to provide as follows: fact discovery will close July 2, 2010; reports of Plaintiffs' experts will be provided to Defendants' counsel on or before July 23, 2010; reports of Defendants' experts will be provided to Plaintiffs' counsel on or before

DB1/65007286.1

August 13, 2010; any response to experts' reports will be provided to counsel on or before August 27, 2010.

    2.    The Case Management Order entered October 23, 2009 remains unchanged in all other respects.

/s/ Yvette Kane
Yvette Kane, Chief Judge
Middle District of Pennsylvania

Dated: June 16, 2010