**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FRANK ROBERT CHESTER, et al.,** : | |
|     **Plaintiffs** : | |
| : | No. 1:08-cv-01261 |
| **v.** : | |
| : | (Judge Kane) |
| **JOHN E. WETZEL, et al.,** : | |
|     **Defendants** : | |

**ORDER**

    **AND NOW**, this 28th day of February 2014, Plaintiffs' motion to supplement the record on summary judgment (Doc. No. 226-2) is **GRANTED** as follows:

1. Plaintiffs have 45 days from the date of this order in which to conduct limited supplemental discovery insofar as they seek more information on the FDA investigation referenced in their motion. General discovery regarding the testing laboratory will be denied as beyond the scope of the Court's order.

2. Plaintiffs may supplement the record with information regarding the FDA report;

3. Following the end of this limited discovery, Plaintiffs have 21 days in which to file a supplemental brief; and,

4. Defendants have 21 days following the filing of Plaintiffs' brief to file an opposing brief on this matter.

                                                                                               S/ Yvette Kane
                                                                             Yvette Kane, District Judge
                                                                             United States District Court
                                                                             Middle District of Pennsylvania