# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK ROBERT CHESTER, et al.,** | : | |
|     Plaintiffs | : | |
| | : | **No. 1:08-cv-1261** |
| v. | : | |
| | : | (Judge Kane) |
| **JOHN E. WETZEL, et al.,** | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, this 13th day of November 2014, **IT IS HEREBY ORDERED THAT** the motion to intervene (Doc. No. 251) is **GRANTED**. The Clerk of Court is directed to file the Intervenors motion to unseal and brief in support (Doc. Nos. 251-7, 251-8.).

                                                                                    S/ Yvette Kane
                                                                                    Yvette Kane, District Judge
                                                                                    United States District Court
                                                                                    Middle District of Pennsylvania