**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FRANK ROBERT CHESTER, et al.,**     :<br>    **Plaintiffs**                                  :<br>                                                          :<br>**v.**                                                  :<br>                                                          :<br>**JOHN E. WETZEL, et al.,**                  :<br>    **Defendants**                              : | No. 1:08-cv-01261<br><br>(Judge Kane) |

## ORDER

**AND NOW**, this 13th day of February 2015, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to strike (Doc. No. 240-1) is **DENIED** as to the expert report of Dr. Andy Papas and the Declaration of Dr. David Waisel;

2. Defendants' motion to strike (Doc. No. 240-1) is **GRANTED** as to the Washington Post article, dated October 6, 2013, and that article is stricken from the record; and,

3. Defendants' motion for summary judgment (Doc. No. 205) is **GRANTED**.  Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter final judgment in favor of Defendants and against the Plaintiff class.  The case is to remain open for the sole purpose of adjudication of the merits of the Intervenors' pending motion to unseal.

S/ Yvette Kane                    
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
